AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

**FILED**
**HARRISBURG, PA**
**AUG 15 2019**
PER _____ *Kon*
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
Microsoft Corporation )
) 1:19-MC-515
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Western_____ District of _____Washington_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 287 | False Claims |

The application is based on these facts:

See attached Affidavit of NCIS Special Agent Gregory Harris

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
NCIS Special Agent Gregory Harris
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-15-19 9:00 PM

City and state: Harrisburg, PA

*Judge's signature*
~~Chief~~ U.S. Magistrate Judge ~~Susan E. Schwab~~
*Printed name and title*