AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

**ORIGINAL**

for the

Middle District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Microsoft Corporation | )<br>)<br>)<br>) Case No.<br>) 1:19-mc-515<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____August 29, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____~~Chief~~ U.S. Magistrate Judge ~~Susan E. Schwab~~ Martin Carlson_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __8-15-19__

Judge's signature

City and state: _____Harrisburg, PA_____   _____~~Chief~~ U.S. Magistrate Judge ~~Susan E. Schwab~~_____
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1-19-MC-515 | Date and time warrant executed: 8/15/19 @ 1554 | Copy of warrant and inventory left with: Microsoft LE Portal |
| Inventory made in the presence of: NCIS ICS Allan Bowlin |||
| Inventory of the property taken and name of any person(s) seized: <br><br> See Attached <br><br><br><br><br><br><br><br><br><br><br> **FILED** <br> HARRISBURG, PA <br><br> OCT 0 3 2019 <br><br> PER _AAA_ <br> DEPUTY CLERK |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/3/19

_____
Executing officer's signature

Gregory Harris, Special Agent
Printed name and title

ATTACHMENT A – LOCATION TO BE SEARCHED

Microsoft Corporation, an on-line service provider located in Washington with a physical address that includes One Microsoft Way, Redmond, WA 98052, www.microsoft.com to disclose the contents of a wire or electronic communication and any record or other information pertaining to a customer or subscriber within such provider's possession, custody, or control, regardless of whether such communication, record, or other information is located within or outside of the United States.

ATTACHMENT B RECORDS TO BE SEIZED

1. Records further described in below in paragraphs #2 through #12 held by Microsoft Corporation associated with the following accounts:
   lbaumann@kcftech.com
   ccarl@kcftech.com
   jeister@kcftech.com
   jlecouvre@kcftech.com
   lstine@kcftech.com
   medwards@kcftech.com
   msemack@kcftech.com
   rleech@kcftech.com
   zridall@kcftech.com
   loverich@kcftech.com
   rtosto@kcftech.com
   swenner@kcftech.com
   dwarner@kcftech.com
   amartin@kcftech.com
   jfrank@kcftech.com
   jjacobson@kcftech.com
   lmassaro@kcftech.com
   acousins@kcftech.com
   enoyes@kcftech.com
   tzaprazny@kcftech.com

2. Account Information - User name, primary email address, secondary email addresses, connected applications and sites, and account activity from January 1st 2015 to June 8th 2019, including account sign in locations, browser information, platform information, and internet protocol (IP) addresses;

3. User Devices Information - Device make, model, and International Mobile Equipment Identifier (IMEI) or Mobile Equipment Identifier (MEID) of all associated devices linked to the Microsoft Corporation accounts of the target device;

4. Evidence of user attribution - accounts, e-mail accounts, passwords, PIN codes, account names, user names, screen names, remote data storage accounts, credit card number or other payment methods, contact lists, calendar entries, text messages, voice mail messages, pictures, videos, telephone numbers, mobile devices, physical addresses, historical GPS locations, two-step verification information, or any other data that may demonstrate attribution to a particular user or users of the account(s).

5. Calendar - All calendars, including shared calendars and the identities of those with whom they are shared, from January 1st 2015 to June 8th 2019, calendar entries, notes, alerts, invites, and invitees;

6. Contacts - All contacts stored by Microsoft Corporation including name, all contact phone numbers, emails, social network links, and images;

7. Finance - All records of securities, funds, and portfolios associated with the target Microsoft Corporation account and/or target device from January 1st 2015 to June 8th 2019;

8. Email - All email messages from January 1st 2015 to June 8th 2019, including by way of example and not limitation, such as inbox messages whether read or unread, sent mail, saved drafts, chat histories, and emails in the trash folder. Such messages will include all information such as the date, time, internet protocol (IP) address routing information, sender, receiver, subject line, any other parties sent the same electronic mail through the 'cc' (carbon copy) or the 'bcc' (blind carbon copy), the message content or body, and all attached files;

9. Photos - All images, graphic files, video files, and other media files stored in the OneDrive or other Microsoft Corporation photos service;

10. Location History - All location data whether derived from Global Positioning System (GPS) data, cell site/cell tower triangulation/trilateration, precision measurement information such as timing advance or per call measurement data, and Wi-Fi location. Such data shall include the GPS coordinates and the dates and times of all location recordings from the period January 1st 2015 to June 8th 2019;

11. Microsoft Store - All applications downloaded, installed, and/or purchased by the associated account and/or device;

12. Search History - All search history and queries from January 1st 2015 to June 8th 2019, including by way of example and not limitation, such as World Wide Web (web), images, news, shopping, ads, videos, maps, travel, and finance. Search engines may include Internet Explorer, Microsoft Edge, and Bing.

# U.S. NAVAL CRIMINAL INVESTIGATIVE SERVICE EVIDENCE CUSTODY DOCUMENT

| CODE | CONTROL | LOG NUMBER | DATE AND TIME OF SEIZURE |
|---|---|---|---|
| SEPF | 24OCT18-NEMB-0020-4MNA | Z-11-19 | 25SEP19 1033 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| MICROSOFT CORPORATION | BLDG 544 ROOM 131 |

**NI TITLE** S/KCF TECHNOLOGIES, INC/STATE COLLEGE, PA

| ITEM | QUANTITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE |
|---|---|---|---|
| A | 1 | | One (1) WD HDD S/N WMAT14488875 containing Microsoft LENS Portal downloaded data. <br><br> *****NOTHING FOLLOWS***************************** |

**COPY**

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING S/A |
|---|---|
| n/a | ICS ALLAN BOWLIN |

## CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| A | 25SEP19 1800 | NAME: ICS ALLAN BOWLIN <br> ORGANIZATION: NCIS CBNF <br> SIGNATURE: /s/ | NAME: TEMPORARY EVIDENCE <br> ORGANIZATION: NCIS SEPF <br> SIGNATURE: | STORAGE & SAFEKEEPING |
| A | 27SEP19 0745 | NAME: TEMP EVIDENCE <br> ORGANIZATION: NCIS/SEPF <br> SIGNATURE: (EVIDENCE CUSTODIAN SMEESTER) | NAME: EVIDENCE CUSTODIAN <br> ORGANIZATION: NCIS/SEPF <br> SIGNATURE: (EVIDENCE CUSTODIAN SMEESTER) | EVIDENCE VAULT |
| | | NAME: <br> ORGANIZATION: <br> SIGNATURE: | NAME: <br> ORGANIZATION: <br> SIGNATURE: | |
| | | NAME: <br> ORGANIZATION: <br> SIGNATURE: | NAME: <br> ORGANIZATION: <br> SIGNATURE: | |

NCIS FORM 5520/118 (NEW 10/72)     CHAIN OF CUSTODY CONTINUED ON REVERSE     O105-LF-800-5520

## CHAIN OF CUSTODY (Continued)

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME<br>ORGANIZATION<br>SIGNATURE | NAME<br>ORGANIZATION<br>SIGNATURE | |
| | | NAME<br>ORGANIZATION<br>SIGNATURE | NAME<br>ORGANIZATION<br>SIGNATURE | |
| | | NAME<br>ORGANIZATION<br>SIGNATURE | NAME<br>ORGANIZATION<br>SIGNATURE | |

**REMARKS**

*COPY*

Item (A) is the property of NCIS. Please return to Cyber for final disposition.

## FINAL DISPOSAL ACTION

**FINAL DISPOSAL AUTHORITY**

NAME (PRINTED) _____  RANK/TITLE _____  ORGANIZATION _____

**PERSON(S) RECEIVING ITEM(S)/WITNESSING DESTRUCTION**

| NAME | ORGANIZATION | SIGNATURE/DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION. RETURNED TO INDIVIDUAL OWNER (I), RETURNED TO COMMAND (C), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), TO NCIS (N), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE).

NCIS FORM 5520/118 (10/72) BACK